SHAIN WASSER (SBN 293706)
shain.wasser@kennedyslaw.com
CAMERON CUSHNER (SBN 354737)
cameron.cushner@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
T: (415) 323-4489

GARY KULL (*pro hac vice forthcoming*)
gary.kull@kennedyslaw.com
KENNEDYS CMK LLP
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
T: (908) 848-1224

Attorney for Defendant,
CRUM & FORSTER SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICORP,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, NAVIGATORS SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, XL CATLIN LLOYD'S SYNDICATE XLC 2003, COLUMBIA CASUALTY COMPANY, HDI SPECIALTY INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, and LANDMARK AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:24-cv-02906-AC<br><br>**[PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant CRUM & FORSTER SPECIALTY INSURANCE COMPANY ("Defendant") may have additional time within which to answer or otherwise respond to Plaintiff PACIFICORP's ("Plaintiff") complaint. Therefore, the last day for defendant to answer or otherwise respond to Plaintiff's complaint is Wednesday, November 27, 2024.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED:   October 31, 2024                    KENNEDYS CMK LLP

                                             By: /s/ Shain Wasser
                                             SHAIN WASSER
                                             Attorney for Defendant CRUM & FORSTER
                                             SPECIALTY INSURANCE COMPANY

DATED:   October 31, 2024                    REED SMITH LLP

                                             By: */s/ Cristina Martell Shea*
                                             CRISTINA MARTELL SHEA
                                             Attorney for Plaintiff PACIFICORP

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Wednesday, November 27, 2024.

DATED: October 31, 2024                      /s/ Allison Claire
                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE