

# United States District Court
# Eastern District of California

PacifiCorp

Plaintiff(s)

V.

Travelers Property Casualty Co. of America

Defendant(s)

Case Number: 2:24-cv-02906-TLN-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joseph A. Hinkhouse hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Defendant HDI Specialty Insurance Company**

On 05/10/1988 (date), I was admitted to practice and presently in good standing in the Illinois Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/12/2024

Signature of Applicant: /s/ _Joseph A. Hinkhouse_

**Pro Hac Vice Attorney**

Applicant's Name: Joseph A. Hinkhouse

Law Firm Name: Hinkhouse Williams Walsh LLP

Address: 180 North Stetson

Suite 3400

City: Chicago   State: IL   Zip: 60601

Phone Number w/Area Code: (312) 784-5436

City and State of Residence: Burr Ridge, Illinois

Primary E-mail Address: jhinkhouse@hww-law.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: William M. Walker

Law Firm Name: Sacro & Walker LLP

Address: 700 N Brand Blvd

Ste 610

City: Glendale   State: CA   Zip: 91203

Phone Number w/Area Code: (818) 621-9597   Bar # 145559

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 13, 2024

_____
JUDGE, U.S. DISTRICT COURT