Mark E. Christensen (SBN 229026)
mark@chs.law
Richard V. De Gruccio (SBN 214679)
richard@chs.law
CHRISTENSEN HSU SIPES LLP
1629 Cravens Avenue
Torrance, CA 90501
Tel. (310) 222-8607 / Fax (310) 222-8680

Attorneys for Defendant
XL Catlin Lloyd's Syndicate XLC 2003

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICORP,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, NAVIGATORS SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, XL CATLIN LLOYD'S SYNDICATE XLC 2003, COLUMBIA CASUALTY COMPANY, XL CATLIN SPECIALTY INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, AND LANDMARK AMERICAN INSURANCE COMPANY<br><br>Defendants. | Case No.: 2:24-cv-02906 TLN AC<br><br>**JOINT STIPULATION ON EXTENSION OF TIME FOR DEFENDANT, XL CATLIN LLOYD'S SYNDICATE XLC 2003, TO RESPOND TO COMPLAINT; ORDER**<br><br>Hon. Allison Claire Courtroom 26, 8th Floor<br><br>Action Filed: August 29, 2024<br>Trial Date: None set |

Defendant, XL Catlin Lloyd's Syndicate 2003 ("XL Catlin"), and Plaintiff, PacifiCorp, by and through their respective counsel, hereby jointly stipulate to allow XL Catlin additional time to respond to the Complaint and request this Court enter an order allowing XL Catlin 10 days to file a response to the operative complaint in this action once this Court has issued an order on the Motion to Remand. As grounds in support thereof, the Parties state as follows:

1. The operative complaint names, amongst other parties, XL Catlin Lloyd's Syndicate 2003 as a defendant. [Dkt. 1 at Exh. 1]

2. XL Catlin's inclusion as a defendant is premised on alleged subscription to Commercial Umbrella Liability Policy No. CSUSA2101704 (the "Policy"). [*Id*. at ¶ 76]

3. XL Catlin, however, is not a party to the Policy for US risks, a fact which both parties have agreed to be the case.

4. PacifiCorp has filed a Motion to Remand [Dkt. 46] which includes an amended complaint. [*Id.* at Exh. B] The amended complaint removes XL Catlin as a defendant from the action and, in their place, names other subscribing syndicates to the Policy.

5. The Motion to Remand is currently pending before the Court.

6. By virtue of the amended complaint, XL Catlin Syndicate 2003 will no longer be a party to this action and, therefore, would not have to submit a responsive pleading.

7. Based on the foregoing, the Parties stipulate XL Catlin shall have 10 days to file a response to the operative complaint in this action once this Court has issued an order on the Motion to Remand, to the extent a response is necessary from XL Catlin.

8. In the event the Court does not issue an order remanding the case, XL Catlin shall have 10 days from that decision to respond to the operative

CHRISTENSEN HSU SIPES LLP

complaint.

The parties certify the extension is not requested, or stipulated hereto, for purposes of delay.

DATED: November 22, 2024

/s/ *Mark E. Christensen*
Mark E. Christensen, Esq.
Christensen Hsu Sipes LLP
1629 Cravens Ave
Torrance, CA 90501
mark@chs.law
Tel: 312-634-1014
Attorney for XL Catlin Llyod's Syndicate XLC 2003

/s/ *Christina M. Shea*
Cristina M. Shea, Esq.
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cshea@reedsmith.com
Tel: 415-659-4736
Attorney PacifiCorp

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
Troy L. Nunley
Chief United States District Judge