Cristina M. Shea (SBN 179895)
Email: cshea@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

John N. Ellison (PABN 51098)
(*Pro Hac Vice to be filed*)
Email: jellison@reedsmith.com
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215.851.8100
Facsimile: 215.851.1420

Attorneys for Plaintiff PacifiCorp

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFICORP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, NAVIGATORS SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, XL CATLIN LLOYD'S SYNDICATE XLC 2003, COLUMBIA CASUALTY COMPANY, HDI SPECIALTY INSURANCE COMPANY, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, and LANDMARK AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 2:24-CV-02906-TLN-AC<br><br>**STIPULATION TO REMAND AND ORDER**<br><br>Judge: Hon. Troy L. Nunley<br>Courtroom: 2, 15th Floor<br><br>Action Filed: August 29, 2024<br>Trial Date: None |

Plaintiff PacifiCorp and Defendants Travelers Property Casualty Company of America, Navigators Specialty Insurance Company, Greenwich Insurance Company, XL Catlin Lloyd's Syndicate XLC 2003, Columbia Casualty Company, HDI Specialty Insurance Company, Crum & Forster Specialty Insurance Company, and Landmark American Insurance Company, by and through their respective counsel, hereby stipulate and agree to the remand this action to state court in Sacramento County, California.  Within seven days of the remand taking place and the state court accepting the remanded action and assigning a case number, PacifiCorp will file and serve an Amended Complaint per its representation in its Motion to Remand.

A proposed form of Order is submitted herewith for the Court's approval.

DATED:  December 5, 2024

**REED SMITH LLP**

By: */s/ Cristina M. Shea*\*
Cristina M. Shea
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
T: +1 415 543 8700
cshea@reedsmith.com

John N. Ellison *(Pro Hac Vice to be filed)*
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
T: 215.851.8100
jellison@reedsmith.com

*Counsel for Plaintiff PacifiCorp*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Shannon L. Santos*
Shannon L. Santos
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
T: (213) 443-5100
Shannon.Santos@wilsonelser.com

*Counsel for Navigators Specialty Insurance Company*

| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>By: */s/ John T. Brooks*<br>John T. Brooks<br>Jeffrey V. Commisso<br>501 West Broadway, 18th Floor<br>San Diego, California 92101-3598<br>T: (619) 338-6500<br>jbrooks@sheppardmullin.com<br>jcommisso@sheppardmullin.com<br><br>*Counsel for Travelers Property Casualty Company of America* | **CHRISTENSEN HSU SIPES**<br><br>By: */s/ Mark E. Christensen*<br>Mark E. Christensen<br>1629 Cravens Ave.<br>Torrance, CA 90501<br>T: 310-222-8607<br>mark@chs.law<br><br>*Counsel for XL Catlin Lloyd's Syndicate XLC 2003* |
| **CLYDE & CO US LLP**<br><br>By: */s/ Konrad Krebs*<br>Yvonne M. Schulte<br>355 S. Grand Avenue, Suite 1400<br>Los Angeles, California 90071<br>T: (213) 358-7600<br>yvonne.schulte@clydeco.us<br><br>Christopher Lee<br>**CLYDE & CO US LLP**<br>150 California Street,<br>15th Floor<br>San Francisco, CA 94111<br>T: 415-365-9896<br>christopher.lee@clydeco.us<br><br>Konrad R. Krebs<br>**CLYDE & CO US LLP**<br>1515 Market Street | Suite 1200<br>Philadelphia, PA 19102<br>T: (973) 210-6705<br>konrad.krebs@clydeco.us<br><br>*Counsel for Greenwich Insurance Company* | **HINKHOUSE WILLIAMS WALSH LLP**<br><br>By: */s/ Calvin Edwards*<br>Calvin Edwards , PHV<br>180 North Stetson<br>Ste 3400<br>Chicago, IL 60601<br>T: 312-784-5436<br>cedwards@hww-law.com<br><br>Jan Michael Michaels , PHV<br>**HINKHOUSE WILLIAMS WALSH LLP**<br>180 N. Stetson Ave.<br>Ste 3400<br>Chicago, IL 60601<br>T: 312-784-5441<br>jmichaels@hww-law.com<br><br>Jennifer Yu Sacro<br>**SACRO & WALKER LLP**<br>700 North Brand Boulevard<br>Suite 610<br>Glendale, CA 91203<br>T: 818-721-9597<br>Fax: 818-721-9670<br>jsacro@sacrowalker.com<br><br>Joseph A. Hinkhouse , PHV<br>**HINKHOUSE WILLIAMS WALSH LLP**<br>180 N. Stetson Ave<br>Suite 3400<br>Chicago, IL 60601<br>T: 312-784-5400<br>jhinkhouse@hww-law.com |

|  | William M Walker<br>**SACRO & WALKER LLP**<br>700 North Brand Blvd.<br>Ste 610<br>Glendale, CA 91203<br>T: 818-721-9597<br>Fax: 818-721-9670<br>wwalker@sacrowalker.com<br><br>*Counsel for HDI Specialty Insurance Company* |
|---|---|
| **MUSICK, PEELER & GARRETT LLP**<br><br>By: */s/ David A. Tartaglio*<br>David A. Tartaglio<br>333 South Hope Street, Suite 2900<br>Los Angeles, California 90071-3048<br>T: (213) 629-7705<br>D.Tartaglio@musickpeeler.com<br><br>*Counsel for Landmark American Insurance Company* | **KENNEDYS**<br><br>By: */s/ Shain Wasser*<br>Shain Wasser<br>915 Wilshire Boulevard, #805<br>Los Angeles, CA 90017<br>T: (415) 323-4489<br>Shain.Wasser@kennedyslaw.com<br><br>Cameron Cushner<br>**KENNEDYS**<br>455 Market Street, Suite 1900<br>San Francisco, CA 94105<br>T: (415) 537-9746<br>Cameron.Cushner@kennedyslaw.com<br><br>*Counsel for Crum & Forster Specialty Insurance Company* |
| **TRESSLER LLP**<br><br>By: */s/ Joshua David Mountain*<br>Joshua David Mountain<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>T: 949-336-1222<br>Fax: 949-752-0645<br>jmountain@tresslerllp.com<br><br>*Counsel for Columbia Casualty Company* |  |

\* I, Cristina M. Shea, am the ECF User whose identification and password are being used to file this document. I hereby attest that all counsel have concurred in this filing.

**ORDER**

Pursuant to the above Stipulation, and good cause appearing, **IT IS SO ORDERED** as follows:

The matter shall be remanded to California state court, Sacramento County;

Plaintiff PacifiCorp will file an Amended Complaint within seven days upon the remand taking place.

Dated: December 6, 2024

_____
Troy L. Nunley
Chief United States District Judge